```
                                          IT IS HEREBY ADJUDGED
                                          and DECREED this is SO
                                          ORDERED.
```

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: December 09, 2010**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-52188

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-36828-RJH |
| Tina A. Gore | Chapter 7 |
|     Debtor. | ORDER |
| JPMorgan Chase Bank, N.A., successor by merger to Washington Mutual, N.A. | (Related to Docket #7) |
|     Movant, | |
| vs. | |
| Tina A. Gore, Debtor, S. William Manera, Trustee. | |
|     Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 14, 2007 and recorded in the office of the Maricopa County Recorder wherein JPMorgan Chase Bank, N.A., successor by merger to Washington Mutual, N.A.

is the current beneficiary and Tina A. Gore has an interest in, further described as:

> Lot 70, BROOKFIELD WEST II, according to Book 288 of Maps, Page 20, Records of Maricopa County, Arizona; and Affidavit of Correction Recorded in Document NO. 86-065300, and Document No. 91-333983

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.